

A CERTIFIED TRUE COPY
NOV 2 0 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 2 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1735

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION*

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-4)

On February 16, 2006, the Panel transferred five civil actions to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 416 F.Supp.2d 1356 (J.P.M.L. 2006). Since that time, eight additional actions have been transferred to the District of Nevada. With the consent of that court, all such actions have been assigned to the Honorable Philip M. Pro.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Nevada and assigned to Judge Pro.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Nevada for the reasons stated in the order of February 16, 2006, and, with the consent of that court, assigned to the Honorable Philip M. Pro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 2 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 11/29/06
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk



# SCHEDULE CTO-4 - TAG-ALONG ACTIONS
# DOCKET NO. 1735
# IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
| --- | --- |
| IOWA SOUTHERN | |
| IAS 4 06-441 | Izet Husidic, et al. v. Wal-Mart Stores, Inc., et al. |
| LOUISIANA EASTERN | |
| LAE 2 06-6045 | Carolyn Penn, et al. v. Wal-Mart Stores, Inc., et al. |
| MICHIGAN EASTERN | |
| MIE 2 06-14055 | Cathy Ann Olinger v. Wal-Mart Stores, Inc., et al. |
| NORTH CAROLINA WESTERN | |
| NCW 3 06-142 | Travis Williams v. Wal-Mart Stores, Inc., et al. |
| OHIO NORTHERN | |
| OHN 1 06-777 | Janet Nolan, et al. v. Wal-Mart Stores East, Inc., et al. |

# SCHEDULE CTO-4 - TAG-ALONG ACTIONS
# DOCKET NO. 1735
# IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **IOWA SOUTHERN** | |
| IAS  4  06-441 | Izet Husidic, et al. v. Wal-Mart Stores, Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE  2  06-6045 | Carolyn Penn, et al. v. Wal-Mart Stores, Inc., et al. |
| **MICHIGAN EASTERN** | |
| MIE  2  06-14055 | Cathy Ann Olinger v. Wal-Mart Stores, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW  3  06-142 | Travis Williams v. Wal-Mart Stores, Inc., et al. |
| **OHIO NORTHERN** | |
| OHN  1  06-777 | Janet Nolan, et al. v. Wal-Mart Stores East, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-4)
# DOCKET NO. 1735
# IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

Daniel D. Ambrose
Ambrose, Ambrose
1007 West Maple Road
Walled Lake, MI 48390

Craig O. Asbill, III
Charles G. Monnett & Associates
200 Queens Road
Suite 300
P.O. Box 3706
Charlotte, NC 28237

Robert J. Bonsignore
Bonsignore & Brewer
23 Forest Street
Medford, MA 02155-3820

R. Deryl Edwards, Jr.
Law Offices of R. Deryl Edwards, Jr.
606 South Pearl Avenue
Joplin, MO 64801

Vincent J. Glorioso, III
Glorioso Law Firm
815 Baronne Street
New Orleans, LA 70113

Gregory F. Greiner
Greiner Law Office, PC
P.O. Box 13347
Des Moines, IA 50310

J. Thomas Henretta
Henretta Law Offices
400 Key Building
159 South Main Street
Akron, OH 44308

Robert K. McCalla
Fisher & Phillips LLP
201 Saint Charles Avenue
Suite 3710
New Orleans, LA 70170

John J. Rausch
Rausch Law Firm
2022-2024 Bopp Street
P.O. Box 905
Waterloo, IA 50702

Bradd N. Siegel
Porter, Wright, Morris & Arthur, LLP
41 S. High Street
Columbus, OH 43215

Jim Odell Stuckey, II
Littler Mendelson, P.C.
100 North Tryon Street
Suite 4150
Charlotte, NC 28202-4000

# INVOLVED JUDGES LIST (CTO-4)
# DOCKET NO. 1735
# IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

Hon. Robert J. Conrad, Jr.
Chief Judge, U.S. District Court
United States District Court
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Kurt D. Engelhardt
U.S. District Judge
C-367 Hale Boggs Federal Building & U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. James E. Gritzner
U.S. District Judge
U.S. District Court
P.O. Box 9344
Des Moines, IA 50306

Hon. Dan A. Polster
U.S. District Judge
18B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. Victoria A. Roberts
U.S. District Judge
123 Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

# INVOLVED CLERKS LIST (CTO-4)
# DOCKET NO. 1735
# IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344